**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

PEMA SHERPA,

                                                                    Case No. 1:25-cv-09082

                        Petitioner,


JUDITH ALMODOVAR, Acting Director, New York City
Field Office, US Immigration and Customs Enforcement;
TODD LYONS, Acting Director U.S. Immigrations and Customs
Enforcement;
KRISTI NOEM, U.S. Secretary of Homeland Security;
                        Respondents.

_____


It is hereby Ordered that Petitioner's consent motion (ECF 4) be granted, and that this matter be transferred to the US District Court for the Western District of Louisiana, which is the US District Court with jurisdiction over Petitioner's place of confinement at the time this Petition was filed.  It is further

Ordered that the seven-day waiting period in Local Civil Rule 83.1 is waived, and the Clerk of the Court is directed to transfer the matter forthwith; and it is further

Ordered that this Court's Order of November 3 (ECF 2) remains in effect unless and until the transferee court orders otherwise.


Dated: New York, New York
            November 7, 2025

_____
Hon. Paul A. Engelmayer
United States District Judge

1