UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PEMA SHERPA | CASE NO. 3:25-CV-01718 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JUDITH ALMODOVAR ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

## ORDER

Before the Court is a Motion for Preliminary Injunction ("PI Motion") [Doc. No. 14] filed by Petitioner Pema Sherpa ("Petitioner").

**IT IS ORDERED** that the Respondents file a response to the PI Motion by Monday, December 15, 2025. The Petitioner may file a reply brief within seven (7) days after the Respondents' response is filed.

**IT IS FURTHER ORDERED** that the parties shall apprise the Court of any imminent material changes to the Petitioner's circumstances that could affect this Court's jurisdiction, before they arise, insofar as practicable.

MONROE, LOUISIANA, this 24th day of November 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE