UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **PEMA SHERPA** | **CASE NO. 3:25-CV-01718 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JUDITH ALMODOVAR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 37], Petitioner, Pema Sherpa's ("Petitioner") written and filed objections thereto [Doc. No. 38], Respondents written and filed response to Petitioner's objections [Doc. No. 39], and after reviewing the record *de novo* and concurring with the Magistrate Judge's findings of fact and conclusions of law in part,

**IT IS ORDERED** that as to Count 3 of the Petition for Writ of Habeas Corpus ("Habeas Petition") [Doc. No. 13], parties are directed to file supplemental briefs addressing the following questions:

1) Whether Respondents revocation of Petitioner's release on supervision and re-placement of Petitioner in expedited removal without conducting a pre-deprivation hearing and the ensuing denial of Petitioner's asylum application violates Petitioner's right to procedural due process.

2) If so, what statutory or other legal remedy should the Court provide.

Petitioner's supplemental brief is due on or before Tuesday, February 24, 2026.

Respondents' supplemental response is due on or before Tuesday, March 10, 2026.

Petitioner's supplemental reply is due on or before Tuesday, March 17, 2026.

2

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that the remaining counts of the Habeas Petition [Doc. No. 1] are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 10th day of February 2026.

> _[signature]_
> TERRY A. DOUGHTY
> UNITED STATES DISTRICT JUDGE